| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States of America §
§  **Notice of Setting**
versus §
§  Criminal H-19-600-9
Otukayode Adeleke Otufale §
§

You are directed to appear for a

Rearraignment

on
July 6, 2020
1:30 p.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

*Defendant(s) required to attend:* yes

Copies:   AUSA   Jason Knutson
Defense Counsel   Greg Gladden
U.S. Probation Office

David J. Bradley,
Clerk of Court

By: /s/ Glenda Hassan                                    May 7, 2020
    Deputy Clerk                                         Date