| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

United States of America §
§
versus §
§
Otukayode Adeleke Otufale §

Criminal H-19-600-2

## Order for Presentence Investigation & Sentencing

1. By <u>September 28, 2020</u>, the initial presentence report must be disclosed to counsel (*about 35 days after guilt*).

2. Through <u>October 13, 2020</u>, counsel may object in writing to the facts used and application of the guidelines or may say that he has no objection (*14 days after paragraph one*).

3. By <u>October 26, 2020</u>, the probation officer must submit the final presentence report with an addendum addressing objections (*14 days after paragraph two*).

4. The sentencing is **November 2, 2020, at 1:30 p.m.** (*no sooner than 35 days from paragraph one*).

5. If counsel wants to attend interviews with the defendant, he must tell the Probation Officer immediately; within five days, he must confirm the oral request in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
(713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department by 10:00 a.m. on the next workday.

Signed on August 3, 2020.

_____
United States District Judge USDJ

Copies:   United States Probation
          AUSA: Jason Knutson
          Defense Counsel: Gergory Gladden
          Defendant is on bond.