UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

| | |
|---|---|
| The United States of America, § § Plaintiff, § § versus § § Otukayode Adeleke Otufale, § § Defendant. § | Criminal H-19-600-9 |

## Order Resetting Sentencing

Sentencing for Otukayode Adeleke Otufale is reset to thirty days after the last defendant is tried or otherwise concluded.

Signed on August 3, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge